AGNES G. GRIFFIN, as Executrix, etc., of THOMAS GRIFFIN, Appellant, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Action for accounting of certain alleged trust funds, proceeds of certain checks drawn to order of plaintiff, as executrix of her father's estate, and deposited by her attorney in his personal bank account with defendant bank. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNA GREENSTEIN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Action to recover upon double indemnity provision of a life insurance policy. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANK E. BAKER and Others, Respondents, v. EDNA V. O'BRIEN, Defendant, Impleaded with MARIE C. HASSLER, Said Defendant Also Known as MARIE T. BRIDGES, Appellant.— Action by stockbrokers on account stated. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FREDA GLANTZ, Appellant, v. CHARLES-LEE BUILDING CORPORATION and Others, Respondents.— Action for personal injuries alleged to have been sustained by plaintiff in falling as she emerged from an automatic self-service elevator in an apartment house where she resided. Judgment dismissing the complaint at the close of plaintiff's case unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that it cannot be said as a matter of law that plaintiff was guilty of contributory negligence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JAMES J. GERRITY, Suing on Behalf of Himself and All Other Certificate Holders with Respect to a First Mortgage Serial Six Per Cent Coupon Gold Certificate under Which 1088 PARK AVENUE, INC., is the Obligor, Respondent, Appellant, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Trustee, Appellant, Respondent. CARYL GOODMAN, the Holder of a Bond Secured by a Mortgage on Premises Known as 1088 PARK AVENUE APARTMENT, Suing on Behalf of Herself and All Other Bondholders Similarly Situated, Respondent, v. BANK OF THE MANHATTAN COMPANY, as Trustee, Appellant.— Final judgment, so far as appealed from, confirming report of referee and settling and allowing the intermediate and supplemental accounts of the defendant, and order denying plaintiff's motion to modify report of referee, unanimously modified by reducing the amount allowed to the referee for his services to the sum of $2,500, and by striking out the allowances to the attorneys for the plaintiffs, and as so modified the judgment and order appealed from are affirmed, with costs to the defendant, appellant, President and Directors of the Manhattan Company, as trustee. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VLADIMIR P. COTTONY, Appellant, v. ANNA KENNA, Respondent.— Action to recover damages for alleged misrepresentations inducing plaintiff to purchase certain real property in New York city at a price in excess of its true value. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.